### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BING HU** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MERCK SHARP AND DOHME LLC** | : | **NO. 23-754** |

### ORDER

**NOW**, this 29th day of August, 2023, upon consideration of the plaintiff's Motion to Quash and/or for a Protective Order (Doc. No. 20), the defendant's response, and the plaintiff's reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. The defendant's subpoena directed to Alexion Pharmaceuticals, Inc. ("Alexion"), the plaintiff's current employer, is **QUASHED.**

2. The defendant shall **NOT** issue a limited subpoena directed to Alexion without prior approval of the Court.

_____
TIMOTHY J. SAVAGE, J.